UNITED STATES DISTRICT
SOUTHERN DISTRICT OF N

ROBERT KROCHTA
**Plaintiff**

-v-

and
ON TIME DELIVERY SERVICE IN
**Defendant** AND AD MFG COR

Pursuant to Federal R
General Rule 1.9] and to enable D
to evaluate possible disqualificatio
ON TIME DELIVERY SERVICE,
that the following are corporate pa
which are publicly held.

NONE

COURT
EW YORK



Case No.

**Rule 7.1 Statement**

:ule of Civil Procedure 7.1 [formerly Local
istrict Judges and Magistrate Judges of the Court
n or recusal, the undersigned counsel for
_INC_ (a private non-governmental party) certifies
rents, affiliates and/or subsidiaries of said party,



Date: 11-2-07



_____
Signature of Attorney

Attorney Bar Code: