```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

**ROBERT KROCHTA,**

                     Plaintiff,

- against -

**ON TIME DELIVERY SERVICE, INC. and
AD MFG. CORP.,**

                     Defendants.
------------------------------------------------------------X

Case #: 07 CIV 9735

STIPULATION

IT IS HEREBY STIPULATED and agreed by and between the parties that the above captioned matter shall be remanded to the State Supreme Court, Bronx County forthwith.

Dated: November 19, 2007

_____
BLANE MAGEE, ESQ.
Attorney for Defendant
ON TIME DELIVERY SERVICE, INC.
77 N. Centre Avenue, Suite 310
Rockville Centre, NY 11570

12/4/07

_____
RAPPAPORT GLASS GREENE & LEVINE
Attorneys for Plaintiff
1355 Motor Parkway
Hauppauge, New York 11749

_____
SO ORDERED   USDJ.